No. 849. NATHANIEL P. LESUEUR ET AL., ETC., *v.* MAN-
UFACTURERS' FINANCE COMPANY. March 12, 1923. Pe-
tition for a writ of certiorari to the Circuit Court of Ap-
peals for the Sixth Circuit denied. *Mr. James S. Pilcher*
for petitioners. *Mr. John J. Vertrees* for respondent.

No. 857. JAMES C. DAVIS, AS AGENT, ETC. *v.* MARGUERITE
CLARK, ADMINISTRATRIX, ETC. March 12, 1923. Petition
for a writ of certiorari to the Supreme Court of the State
of Minnesota denied. *Mr. Bruce Scott, Mr. A. A. Mc-
Laughlin* and *Mr. O. M. Spencer* for petitioner. *Mr. Tom
Davis* and *Mr. Ernest A. Michel* for respondent.

No. 858. CITY OF NEW YORK *v.* RODGERS & HAGERTY,
INC. March 12, 1923. Petition for a writ of certiorari
to the Circuit Court of Appeals for the Second Circuit
denied. *Mr. Edmund L. Mooney* and *Mr. Terence Farley*
for petitioner. *Mr. C. C. Calhoun* for respondent.

No. 860. SAMUEL C. PANDOLFO *v.* UNITED STATES.
March 12, 1923. Petition for a writ of certiorari to the
Circuit Court of Appeals for the Seventh Circuit denied.
*Mr. Patrick J. Lucey, Mr. Gerald G. Barry* and *Mr. Bern-
hardt Frank* for petitioner. *Mr. Solicitor General Beck,
Mr. Assistant Attorney General Crim* and *Mr. H. S.
Ridgely* for the United States.

No. 861. ALABAMA GROCERY COMPANY *v.* L. P. HAM-
MOND, TRUSTEE, ETC. March 12, 1923. Petition for a
writ of certiorari to the Circuit Court of Appeals for the
Fifth Circuit denied. *Mr. Lee C. Bradley* for petitioner.
*Mr. Forney Johnston* for respondent.